May 05, 2006

Mr. William D. Cramer
Roach LLP
5000 Legacy Drive, Suite 300
Plano, TX 75024
Mr. Richard M. Abernathy
Abernathy, Roeder, Boyd & Joplin, P.C.
1700 Redbud Blvd, Suite 300
McKinney, TX 75069

RE: Case Number: 05-0271
 Court of Appeals Number: 05-03-01023-CV
 Trial Court Number: 401-02399-01

Style: AMERICAN FLOOD RESEARCH, INC.
 v.
 HARRY JONES

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to that court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Ms. Hannah |
| |Kunkle |